

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00130-CV

C. H., APPELLANT

V.

J. H., APPELLEE

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-549526-14, Honorable Jerome S. Hennigan, Presiding

May 20, 2015

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, C.H., filed notice of appeal of the trial court's December 22, 2014 Judgment awarding appellee, J.H., $381,342.47 plus post-judgment interest in damages.[1]  By letter dated March 18, 2015, C.H. was notified that a filing fee of $195 had not been paid, and failure to do so by March 30 could result in the appeal being dismissed pursuant to Texas Rule of Appellate Procedure 42.3(c).  No fee having been

---

[1] J.H. timely filed a notice of cross-appeal of the same judgment.  To effectuate the present dismissal, J.H.'s cross-appeal has been severed into cause no. 07-15-00203-CV, where it remains pending and will proceed in due course.

received within the deadline, by letter dated April 17, 2015, C.H. was again advised of the outstanding filing fee and the consequences of failing to pay. This notice gave C.H. until May 1 to pay the filing fee. Despite two notices and a reasonable time in which to comply with this Court's request, C.H. has failed to pay the filing fee. As such, this Court is authorized to dismiss this appeal. *See* TEX. R. APP. P. 42.3(c).

Consequently, this appeal is dismissed.


Per Curiam